1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7

8             **IN THE UNITED STATES DISTRICT COURT FOR THE**
                   **EASTERN DISTRICT OF CALIFORNIA**
9

10

   SUKDEV SINGH SIDHU,                    )        CV 08-CV-F-349 LJO GSA
11                                        )
               Plaintiff,                 )
12                                        )
         v.                               )
13                                        )        **STIPULATION RE:**
   MICHAEL CHERTOFF, et al.,              )        **REMAND AND RESPONDENTS'**
14                                        )        **ANSWER AND  ORDER**
                                          )
15             Defendants.                )
                                          )
16  _____      )

17         This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

18  Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek

19  de novo review of this application.  The delay in the agency adjudication of the application was in

20  the Federal Bureau of Investigations' (FBI) processing of the background name check.  As of the

21  time of this filing, the name check is now complete, and the agency is prepared to adjudicate the

22  application.  Because of the jurisdictional posture of the case, the agency cannot complete that

23  process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).  Accordingly, the

24  parties jointly agree that the case should be remanded with instructions to complete adjudication of

25  the case within 60 days from the date of the order of remand.  In the event CIS fails to timely

26  complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a

27  scheduling conference will take place as soon as possible.

28

                                          1

1

2    Dated: April 2, 2008                    Respectfully Submitted,

3                                                 McGREGOR W. SCOTT
                                              United States Attorney
4

5
                                         By:    /s/Audrey Hemesath
6                                               Audrey B. Hemesath
                                                Assistant U.S. Attorney
7                                               Attorneys for the Respondents

8
                                         By:    /s/ James M. Makasian
9                                               James M. Makasian
                                                Attorney for the Petitioner
10

11

12

13                                          ORDER

14        Pursuant to this Joint Stipulation and for the reasons stated therein, this Court:

15        (1)    REMANDS this case to the United States Citizenship and Immigration Services to

16               complete adjudication on plaintiff's application for naturalization on or before **June

17               12, 2008**; and

18        (2)    ORDERS the parties, **no later than June 16, 2008,** to file either: (a) appropriate

19               dispositive papers; or (b) a Joint Status Report.  **If the parties fail to file either**

20               **document as ordered, this Court will dismiss and close this case**.

21   IT IS SO ORDERED.

22   **Dated:    April 9, 2008**                        **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                              2