IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKDEV SINGH SIDHU,                           CASE NO. CV F 08-349 LJO GSA

                Plaintiff,                    **ORDER TO DISMISS AND CLOSE CASE**

  vs.

MICHAEL CHERTOFF, Secretary of
Homeland Security, et al.

                Defendants.
_____/

On March 12, 2008, Plaintiff Sukdev Singh Sidhu ("Plaintiff") filed a complaint seeking a writ of mandamus and declaratory judgment to compel Defendants[1] to adjudicate Plaintiff's naturalization application. On April 9, 2008, this Court remanded this matter to the United States Citizenship and Immigration Service ("USCIS") to complete adjudication of Plaintiff's naturalization application no later than June 12, 2008. On April 22, 2008, Defendants filed a Notice of Administrative Adjudication, demonstrating that, per the order of remand, USCIS completed adjudication of Plaintiff's naturalization application. Plaintiff has been scheduled for the May 12, 2008 naturalization oath ceremony. Because Plaintiff received the relief sought, no case or controversy exists and this action is rendered moot.

---

[1] Defendants are Michael Chertoff, Emilio Gonzalez, David Still, Don Riding, McGregor Scott, and Robert Mueller. Though Plaintiff does not indicate whether Defendants are sued in their official capacity, each defendant is an official of the Department of Homeland Security, United States Citizenship and Immigration Service, the United States Attorney, and the Federal Bureau of Investigation.

Accordingly, this Court:

1. DISMISSES the case; and
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   **April 23, 2008**                             /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE